### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

IN THE MATTER OF )
)
RYAN STEVEN ALVAREZ ) BANKRUPTCY CASE NUMBER 09-13339
) CHAPTER 7
DEBTOR. )

### NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed

creditors were less than $5.00 each:

| | | | |
|---|---|---|---|
| CLAIM # 1-2 | PROFED | | $ 2.66 |
| | Post Office Box 5466 | | |
| | Fort Wayne, Indiana   46895 | | |
| CLAIM # 2 | New Haven Tanning | | $ 3.32 |
| | 108 Lincoln Highway West | | |
| | New Haven, Indiana   46774 | | |

**TOTAL:    $ 5.98**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:  260 / 407-7000
ygk@sak-law.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of January, 2011, a true and correct copy of the

above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the

Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and

was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses

indicated.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven